```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

     IN RE:                                     CASE NO. 07 B 02514
         TIMOTHY M FREDERIKSEN
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

              Debtor
         SSN XXX-XX-5031


     ----------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
     ----------------------------------------------------------------------
          Glenn Stearns, Chapter 13 Standing Trustee, submits the following
     Final Report and Account of the administration of the estate pursuant to
     11 USC 1302(b)(1).

         1.  The case was filed on 02/13/07 and confirmed on 05/25/07.

         2.  The case was dismissed after confirmation, 11/09/2007.

         3.  The Debtor paid a total of $  17369.19 .

         4.  The Trustee made disbursements to creditors as follows:

     ----------------------------------------------------------------------
     CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                                PAID            PAID
     ----------------------------------------------------------------------
     HOMEQ SERVICING            CURRENT MORTG         .00            .00             .00
     HOMEQ SERVICING            MORTGAGE ARRE   14369.19            .00        14369.19
     CAPITAL ONE BANK           UNSECURED         606.12          15.29          238.57
     CERTIFIED SERVICES INC     UNSECURED         155.00           4.12           64.81
     PREMIER BANKCARD/CHARTER   UNSECURED         385.70          10.28          161.00
     ICS INC                    UNSECURED        NOT FILED          .00             .00
              Summary of disbursements:
     ----------------------------------------------------------------------
                       SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
     ----------------------------------------------------------------------
     TOTAL CLMS ALLOWED  14369.19       .00      1146.82         .00       15516.01
     PRINCIPAL PAID      14369.19       .00       464.38         .00       14833.57
     INTEREST PAID            .00       .00        29.69         .00          29.69
     TOTAL PAID          14369.19       .00       494.07         .00       14863.26
     The Debtor's attorney, THOMAS R HITCHCOCK                , was allowed $   2500.00
     and was paid $    455.50   direct and $   2044.50   through the plan.

     The Trustee received $    461.43 .

     Refunds to the Debtor totaled $        .00 .

          Wherefore, the Trustee requests an order be entered discharging
     the Trustee and the surety on his bond from any further liability
     in this case.



         Dated: 02/12/08                    /S/
                                            GLENN STEARNS
                                            CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
    CASE NO. 07 B 02514 TIMOTHY M FREDERIKSEN
```